**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mario SALAS, Defendant–Appellant.**

No. 13–7936.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 28, 2014.

Mario Salas, Appellant Pro Se. Brian R. Hood, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario Salas appeals the district court's order denying his Fed.R.Crim.P. 36 motion to correct a clerical error in his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Salas,* No. 3:98–cr00166–JRS–1 (E.D.Va. Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*